UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDUVAL, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-01015-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS FROM THE ACTION AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS<br><br>[ECF No. 15] |

　　　　Plaintiff Randy Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On March 7, 2014, the Court screened the complaint and granted Plaintiff the opportunity to file an amended complaint or notify the Court of his intent to proceed on the claims found to be cognizable.

　　　　On April 28, 2014, Plaintiff notified the Court of his intent to proceed on the excessive force and retaliation claims against Defendant Sanduval only and dismiss all other claims and defendants for failure to state a cognizable claim for relief.

　　　　On June 10, 2014, the Magistrate Judge issued a Findings and Recommendations to dismiss Plaintiff's failure to protect, equal protection, failure to failure, and supervisory liability claims, and allow the action to proceed on Plaintiff's excessive force and retaliation claims against Defendant

1

Sanduval only. Plaintiff was provided notice that objections were to be filed within fifteen days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on June 10, 2014, is adopted in full; and
2. All claims and defendants other than the excessive force and retaliation claims against Defendant Sanduval are DISMISSED from the action for failure to state a cognizable claim under section 1983; and
3. The matter is referred back to the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

Dated:   **July 22, 2014**            **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE